NOSSAMAN LLP
Thomas Dover (State Bar No. 175363)
tdover@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Tel. 213.612.7800
Fax: 213.612.7801
David C. Lee (State Bar No. 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Tel. 415.398.3600
Fax: 415.398.2438

Marshall, Gerstein & Borun LLP
Kelley S. Gordon (*pro hac vice*)
kgordon@marshallip.com
Gregory J. Chinlund (*pro hac vice*)
gchinlund@marshallip.com
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Attorneys for Plaintiff
VISUAL COMFORT OF AMERICA LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| VISUAL COMFORT OF AMERICA LLC, <br><br> Plaintiff, <br><br> v. <br><br> WENDY LEE CARPENTER d/b/a VISUAL COMFORT and d/b/a VISUAL COMFORT DESIGN and d/b/a VISUAL COMFORT R AND D a/k/a VISUAL COMFORT R + D, <br><br> Defendant. | Case No.: 2:25-cv-08762-AH-AGR <br><br> **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST WENDY LEE CARPENTER d/b/a VISUAL COMFORT and d/b/a VISUAL COMFORT DESIGN and d/b/a VISUAL COMFORT R AND D a/k/a VISUAL COMFORT R + D** <br><br> Date: January 14, 2026 <br> Time: 1:30 p.m. <br> Judge: Hon. Anne Hwang |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE

NOTICE that on January 14, 2026 at 1:30 p.m., Plaintiff, Visual Comfort of America LLC

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

1

1  ("Visual Comfort" or "Plaintiff"), will and hereby do move the above entitled Court, located at
2  350 W. 1st Street, Courtroom 7D, 7th Floor, Los Angeles, California 90012, for entry of default
3  judgment against Defendant Wendy Lee Carpenter d/b/a/ Visual Comfort and d/b/a Visual
4  Comfort Design and d/b/a Visual Comfort R and D a/k/a Visual Comfort R+D ("Defendant")
5  pursuant to Fed. R. Civ. Proc. 55(b)(2) and L.R. 55-1.

   PLEASE TAKE FURTHER NOTICE: Per Standing Order of the Court, a copy of which is served concurrently herewith, <u>THE COURT MAY VACATE THE HEARING ON A MOTION FOR DEFAULT JUDGMENT IF NO OPPOSITION IS TIMELY FILED</u>.

   The grounds for this Motion are:

   1. The Clerk of the Court entered default against Defendant Wendy Lee Carpenter d/b/a/ Visual Comfort and d/b/a/ Visual Comfort Design and d/b/a/ Visual Comfort R and D a/d/a Visual Comfort R+D on December 12, 2026 (Dkt. No. 30).

   2. The default was entered based on Defendant's failure to respond to the Complaint filed by Plaintiff on September 15, 2025 and served on Defendant on September 29, 2025.

   3. Plaintiff is informed and believe that Defendant is not an infant or incompetent persons, and are not covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521).

   4. Notice of this motion has been served on Defendant as required by Local Rule 55-2. Plaintiff's motion is based on this Notice; the concurrently filed Memorandum of Points and Authorities in support; the concurrently filed Declaration of Kelley S. Gordon in support; the concurrently filed Declaration of David Lee; the concurrently filed Proposed Judgment; the entire record in this matter; and such other evidence, testimony, and information as the Court deems just and proper.

NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT

| | | |
|---|---|---|
| 1 | Dated: December 23, 2025 | MARSHALL GERSTEIN & BORUN |
| 2 | | By: /s/Kelley S. Gordon |
| | | Kelley S. Gordon (*pro hac vice admitted*) |
| 3 | | Gregory J. Chinlund (*pro hac vice admitted*) |
| 4 | | |
| 5 | | *Attorneys for Plaintiff* |
| | | VISUAL COMFORT OF AMERICA LLC |