| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State, Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| **Marshall, Gerstein & Borun LLP** <jmelnik@marshallip.com> **233 S Wacker Dr suite 6300, Chicago, IL 60606** | |

TELEPHONE NO.: **708-927-1625**    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): **Visual Comfort of America LLC**

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: **4848 E. Civic Center Way**
MAILING ADDRESS: **4848 E. Civic Center Way**
CITY AND ZIP CODE: **Los Angeles 90022**
BRANCH NAME: **Central District, East Los Angeles Courthouse**

| PLAINTIFF/PETITIONER: Visual Comfort of America LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: **Wendy Lee Carpenter d/b/a Visual Comfort, d/b/a Visual Comfort Design, d/b/a Visual Comfort R And D, a/k/a Visual Comfort R + D** | **2:25-cv-08762-AH-AGR** |

| **PROOF OF SERVICE (CIVIL)** | HEARING DATE/TIME: 01/14/2026 1:30 PM | HEARING DEPT./DIV.: 350 W. 1st Street, Courtroom 7D, | Ref. No. or File No.: **32965-10128** |
|---|---|---|---|

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of (specify documents):
   **NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST WENDY LEE CARPENTER; MEMORANDUM OF POITNS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST WENDY LEE CARPENTER; DECLARATION OF KELLEY S. GORDON IN SUPPORT OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST WENDY LEE CARPENTER; DECLARATION OF DAVID C. LEE IN SUPPORT OF MEMORANDUM OF POINTS AND AUTORITIES IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAGINST WENDY LEE CARPENTER; [proposed] DEFAULT JUDGMENT AGAINST WENDY LEE CARPENTER; STANDING ORDER FOR CASES ASSIGNED TO JUDGE ANNE HWANG**

3. a. Party served (specify name of party as shown on documents served):
   **WENDY LEE CARPENTER d/b/a VISUAL COMFORT and d/b/a VISUAL COMFORT DESIGN and d/b/a VISUAL COMFORT R AND D a/k/a VISUAL COMFORT R + D**

   b. ☐ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) (specify name and relationship to the party named in item 3a ):

4. Address where the party was served:
   **2948 Nojoqui Ave, Suite 5, Los Olivos, CA 93441**

5. I served the party (check proper box)
   a. ☒ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): **01/08/2026** at (time): **12:45 PM**

   b. ☐ **by substituted service.** On (date):             at (time):  I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):             from (city):             **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Code of Civil Procedure. § 1011

REF: **32965-10128**

**PROOF OF SERVICE (CIVIL)**

Tracking #: **0202713235**


| PLAINTIFF/PETITIONER: Visual Comfort of America LLC | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT:  Wendy Lee Carpenter d/b/a Visual Comfort, d/b/a Visual Comfort Design, d/b/a Visual Comfort R And... | 2:25-cv-08762-AH-AGR |

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*          (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. **Person who served papers**

    a. Name: **Joseph Stetz**
    b. Address: **740 North H Street #151, Lompoc, CA 93436**
    c. Telephone number: **805-757-3112**
    d. The fee for service was: **$ 75.00**
    e. I am:

    (1) ☐ not a registered California process server.

    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).

    (3) ☒ registered California process server:

        (i) ☐ owner ☐ employee ☒ independent contractor.  For: **ABC Legal Services, LLC**
        (ii) ☒ Registration No.: **188337**  Registration #: **6779**
        (iii) ☒ County: **BSIS STATE OF CALIFORNIA**  County: **Los Angeles**

**BY FAX**

7. ☒ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

8. ☐ **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 01/09/2026



_____
**Joseph Stetz**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

_____
(SIGNATURE)

**PROOF OF SERVICE (CIVIL)**

Tracking #: **0202713235**

REF: **32965-10128**