NOSSAMAN LLP
Thomas Dover (State Bar No. 175363)
tdover@nossaman.com
777 South Figueroa Street, 34th Floor
Los Angeles, CA 90017
Tel. 213.612.7800
Fax: 213.612.7801
David C. Lee (State Bar No. 193743)
dlee@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Tel. 415.398.3600
Fax: 415.398.2438

Marshall, Gerstein & Borun LLP
Kelley S. Gordon (*pro hac vice*)
kgordon@marshallip.com
Gregory J. Chinlund (*pro hac vice*)
gchinlund@marshallip.com
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
(312) 474-6300

Attorneys for Plaintiff
VISUAL COMFORT OF AMERICA LLC

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| VISUAL COMFORT OF AMERICA LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WENDY LEE CARPENTER<br>d/b/a VISUAL COMFORT and<br>d/b/a VISUAL COMFORT DESIGN and<br>d/b/a VISUAL COMFORT R AND D a/k/a<br>VISUAL COMFORT R + D,<br><br>　　　　Defendant. | Case No.: 2:25-cv-08762-AH-AGRx<br><br>**ORDER GRANTING REQUEST FOR A RULING ON THE PAPERS REGARDING   [35]**<br><br>**[GRANTING REQUEST TO APPEAR REMOTELY FOR HEARING ON]**<br><br>**MOTION FOR DEFAULT JUDGMENT**<br><br>Date:　February 11, 2026<br>Time:　1:30 p.m. |

ORDER

1

|   |   |
|---|---|
|   | Judge: Hon. Anne Hwang |

1
2
3
4
5
6   This matter comes before the above captioned Court, the Honorable Anne Hwang
7   presiding, on the request of Plaintiff VISUAL COMFORT OF AMERICA LLC ("Plaintiff" or
8   "Visual Comfort") for a Ruling on the Papers Without Hearing on Plaintiff's Motion for Default
9   Judgment or, in the alternative, For Leave to Appear Remotely for Hearing on Plaintiff's Motion
10   for Default Judgment.
11   Therefore, the COURT ORDERS:
12   Plaintiff's counsel's request to appear remotely for the hearing scheduled for 02/11/26 on
13   Plaintiffs' Motion for Default Judgment is GRANTED. Counsel are directed to visit the ZOOM
14   Webinar Information, that can be found on the Court's Website, under Judge Hwang's
15   Procedures. Counsel may log in at least 15 minutes in advance of the hearing.
16   Counsel and the parties are reminded that there is a general prohibition against photographing,
17   recording, and rebroadcasting of court proceedings (including those held by telephone or video
18   conference) and any recording of a court proceeding held by video or teleconference, including
19   "screenshots"or other visual copying of a hearing, is **absolutely prohibited.**
20   It is SO ORDERED.
21
22   Dated: FEBRUARY 5, 2026        By: _____
                                    **The Honorable Anne Hwang**
23                                  **United States District Judge**
24
25
26
27
28                                  ORDER

2