UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 25-8762-AH(AGRx)** | Date | FEBRUARY 11, 2026 |
|---|---|---|---|
| Title | Visual Comfort of America LLC v. Wendy Lee Carpenter | | |

Present: The Honorable  ANNE HWANG, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | COURT SMART |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gregory J. Chinlund, via zoom | Wendy L. Carpenter, via zoom |

**Proceedings:** HEARING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST WENDY L. CARPENTER [31]

The case is called and counsel state their appearances. The Court and counsel confer.

Tentative ruling is given out to defendant and counsel for plaintiff. The Court invites counsel to respond to the tentative ruling re motion [31]. Following oral argument, the Court advises counsel the Defendant Carpenter will be allowed time to retain counsel and to decide if she wishes to file something setting aside default. The Court further orders that the motion is hereby continued to **MAY 13, 2026 at 1:30 p.m.** for an in person hearing in Courtroom 9C.

IT IS SO ORDERED.

cc: all parties

__ : 09